448 A.2d 1162

Nat'l Free Lance Photo Assn., Appellant v. Hertz, et al.
Petition for Allowance of Appeal Denied Oct. 7, 1982.

 Argued December 7, 1981. Anthony J. Mazullo, Jr., for appellant; John J. Hart and Katherine Hatton, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Decree affirmed.

McEWEN, J., filed a memorandum concurring opinion.